Leda Dunn Wettre
ROBINSON, WETTRE & MILLER LLC
One Newark Center, 19th Floor
Newark, New Jersey 07102
Telephone:     (973) 690-5400
Facsimile:      (973) 466-2760
lwettre@rwmlegal.com

OF COUNSEL:
William G. Gaede, III
Bhanu K. Sadasivan
David L. Larson
Shane G. Smith
Daniel K. Greene
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone:     (650) 815-7400
Facsimile:      (650) 815-7401

*Attorneys for Plaintiff Depomed, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEPOMED, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ACTAVIS ELIZABETH LLC, ACTAVIS, INC., INCEPTA PHARMACEUTICALS CO. LTD. and ABON PHARMACEUTICALS, LLC<br><br>　　　　　　　Defendants. | Civil Action No. 3:12-CV-01358 (JAP) (TJB)<br><br>**NOTICE OF MOTION IN LIMINE NOS. 3 – 5 TO EXCLUDE EXPERT TESTIMONY THAT DOES NOT COMPLY WITH *DAUBERT*** |

To:  All Counsel of Record

PLEASE TAKE NOTICE that Plaintiff Depomed, Inc. ("Depomed") shall move *in limine* before the Hon. Joel A. Pisano, U.S.D.J., on May 5, 2014, to Exclude Testimony That Does Not Comply With *Daubert*.

PLEASE TAKE FURTHER NOTICE that Depomed submits the Declaration of Daniel K. Greene, Esq. and a Memorandum of Law in support of this motion.  A proposed form of Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

Respectfully submitted,

*s/ Leda Dunn Wettre*
   Leda Dunn Wettre

Leda Dunn Wettre
ROBINSON, WETTRE & MILLER LLC
One Newark Center, 19th Floor
Newark, New Jersey 07102
Telephone:(973) 690-5400
Facsimile: (973) 466-2760
lwettre@rwmlegal.com

OF COUNSEL:
William G. Gaede, III
Bhanu K. Sadasivan
David L. Larson
Shane G. Smith
Daniel K. Greene
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone:(650) 815-7400
Facsimile: (650) 815-7401

*Attorneys for Plaintiff Depomed, Inc.*

Dated:  April 22, 2014

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 22, 2014, I caused the foregoing Notice of Motion *in Limine*, together with a supporting Declaration of Daniel K. Greene, Esq., a Memorandum Law and a proposed form of Order, to be filed and served by CM/ECF and e-mail upon all counsel of record.

                                        s/   *Leda Dunn Wettre*
                                           Leda Dunn Wettre

Dated:  April 22, 2014