UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**
**JUDGE JOEL A. PISANO**
**COURT REPORTER: JOANNE CARUSO**

DATE OF PROCEEDINGS: 05/12/2014
CIVIL DOCKET NO.: 12-1358(JAP)

**TITLE OF CASE:**
Depomed, Inc.
VS.
Actavis Elizabeth, LLC, et al.,

**APPEARANCES:**
Leda Wettre, William Gaede, David Larson, Shane Smith, Bhanu Sadasivan, & Daniel Green, Esquires for plaintiff
Eric Ang, Graphics Technician
Chad Landmon, Jeremy Lowe, Jason Murata, Magdalena Spencer, William McDermod, Lisa Walsh & Elenore Ofosu-Antwi, Esquires for defendants
Colman Ragan, client (defendants)
Gary Calzaretta, Trial Presentation Consultant

**NATURE OF PROCEEDINGS:**
Trial without jury commenced before the Honorable Joel A. Pisano.
Hearing on defendants motion to seal the courtroom during plaintiff's opening argument.
Ordered motion Denied.
  William Gaede - Opened for plaintiff
  Chad Landmon - Opened for defendants
Ordered confidentiality orders [#84 & #164] to be enforced during the trial proceedings.
  Radi Hejazi - Sworn for plaintiff
Court recess: 11:55 p.m. to 12:35 p.m.
Live video testimony of Dr. Eden Tesfu - Sworn for plaintiff
  Dr. Gary Annunziate - Sworn for plaintiff
Various exhibits admitted and entered into evidence.
The court reporter requested clarification of the confidentiality orders.
The Court ordered today's proceeding sealed until further order of this court.
Trial without jury adjourned until Tuesday, May 13, 2014 at 9:15 a.m.
**TIME COMMENCED:** 9:25 a.m.
**TIME ADJOURNED:** 3:25 p.m.
**TOTAL HOURS:** 6 hours

              S/Dana Sledge, Courtroom Deputy