UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**
**JUDGE JOEL A. PISANO**
**COURT REPORTER: JOANNE CARUSO**

DATE OF PROCEEDINGS: 05/13/2014
CIVIL DOCKET NO.: 12-1358(JAP)

**TITLE OF CASE:**
Depomed, Inc.
VS.
Actavis Elizabeth, LLC, et al.,

**APPEARANCES:**
Leda Wettre, William Gaede, David Larson, Shane Smith, Bhanu Sadasivan, & Daniel Green, Esquires for plaintiff
Eric Ang, Graphics Technician
Chad Landmon, Jeremy Lowe, Jason Murata, Magdalena Spencer, William McDermod, Lisa Walsh & Elenore Ofosu-Antwi, Esquires for defendants
Colman Ragan, client (defendants)
Gary Calzaretta, Trial Presentation Consultant

**NATURE OF PROCEEDINGS:**
Trial without jury continued before the Honorable Joel A. Pisano.
The Court ordered that the confidential orders documents #84 & #164 will remain in effect, and further ordered that the parties are directed to advise the Court when certain portions of testimony are to be sealed.
  Dr. Gary Annunziate - Resumed on direct for plaintiff
  Dr. Robert Williams - Sworn for plaintiff
  Dr. Meena Venugopal - Sworn for plaintiff
Court recess: 1:00 p.m. to 1:35 p.m.
  Dr. Hartmut Derendorf - Sworn for plaintiff
  Jack Anders - Sworn for plaintiff
Various exhibits admitted and entered into evidence.
Trial without jury adjourned until Wednesday, May 14, 2014 at 9:15 a.m.
**TIME COMMENCED:** 9:15 a.m.
**TIME ADJOURNED:** 3:15 p.m.
**TOTAL HOURS:** 6 hours

                S/Dana Sledge, Courtroom Deputy