UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**
**JUDGE JOEL A. PISANO**
**COURT REPORTER: JOANNE CARUSO**

**DATE OF PROCEEDINGS:** 05/14/2014
**CIVIL DOCKET NO.:** 12-1358(JAP)

**TITLE OF CASE:**
Depomed, Inc.
VS.
Actavis Elizabeth, LLC, et al.,

**APPEARANCES:**
Leda Wettre, William Gaede, David Larson, Shane Smith, Bhanu Sadasivan, & Daniel Green, Esquires for plaintiff
Eric Ang, Graphics Technician
Chad Landmon, Jeremy Lowe, Jason Murata, Magdalena Spencer, William McDermod, Lisa Walsh & Elenore Ofosu-Antwi, Esquires for defendants
Colman Ragan, client (defendants)
Gary Calzaretta, Trial Presentation Consultant

**NATURE OF PROCEEDINGS:**
Trial without jury continued before the Honorable Joel A. Pisano.
   Dr. Howard Hopfenberg - Sworn for plaintiff
PLAINTIFF RESTS.
   Dr. David R. Friend - Sworn for defendants
Court recess: 12:15 p.m. to 1:00 p.m.
   Dr. David R. Friend - Resumed on direct for defendants
Videotaped deposition of sequential excerpts of Dr. Sui Yuen Eddie Hou's testimony by defendants.
   Dr. Douglas R. Flanagan, Jr. - Sworn for defendants
Various exhibits admitted and entered into evidence.
Trial without jury adjourned until Thursday, May 15, 2014 at 9:15 a.m.
**TIME COMMENCED:** 9:15 a.m.
**TIME ADJOURNED:** 2:35 p.m.
**TOTAL HOURS:** 5 hours & 20 minutes

S/Dana Sledge, Courtroom Deputy