UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**
**JUDGE JOEL A. PISANO**
**COURT REPORTER: JOANNE CARUSO**

**DATE OF PROCEEDINGS: 05/15/2014**
**CIVIL DOCKET NO.: 12-1358(JAP)**

**TITLE OF CASE:**
Depomed, Inc.
VS.
Actavis Elizabeth, LLC, et al.,

**APPEARANCES:**
Leda Wettre, William Gaede, David Larson, Shane Smith, Bhanu Sadasivan, & Daniel Green, Esquires for plaintiff
Eric Ang, Graphics Technician
Chad Landmon, Jeremy Lowe, Jason Murata, Magdalena Spencer, William McDermod, Lisa Walsh & Elenore Ofosu-Antwi, Esquires for defendants
Colman Ragan, client (defendants)
Gary Calzaretta, Trial Presentation Consultant

**NATURE OF PROCEEDINGS:**
Trial without jury continued before the Honorable Joel A. Pisano.
   Dr. Douglas R. Flanagan - Sworn for defendants
Court recess: 11:40 a.m. to 12:20 p.m.
   Dr. Douglas R. Flanagan - Resumed on cross by plaintiff
   Dr. Michael Mayersohn - Sworn for defendants
   Dr. Howard Bockbrader - Sworn for plaintiff
Various exhibits admitted and entered into evidence.
Trial without jury adjourned until Friday, May 16, 2014 at 9:15 a.m.
**TIME COMMENCED:** 9:30 a.m.
**TIME ADJOURNED:** 2:50 p.m.
**TOTAL HOURS:** 5 hours & 20 minutes

S/Dana Sledge, Courtroom Deputy