UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON
JUDGE JOEL A. PISANO
COURT REPORTER: JOANNE CARUSO

DATE OF PROCEEDINGS: 05/19/2014
CIVIL DOCKET NO.: 12-1358(JAP)

**TITLE OF CASE:**
Depomed, Inc.
VS.
Actavis Elizabeth, LLC, et al.,

**APPEARANCES:**
Leda Wettre, William Gaede, David Larson, Shane Smith, Bhanu Sadasivan, & Daniel Green, Esquires for plaintiff
Eric Ang, Graphics Technician
Chad Landmon, Jeremy Lowe, Jason Murata, Magdalena Spencer, William McDermod, Lisa Walsh & Elenore Ofosu-Antwi, Esquires for defendants
Colman Ragan, client (defendants)
Gary Calzaretta, Trial Presentation Consultant

**NATURE OF PROCEEDINGS:**
Trial without jury continued before the Honorable Joel A. Pisano.
 Dr. Harold Hopfenberg - Resumed on direct by plaintiff
 Dr. Linda Felton - Sworn for plaintiff
Court recess: 12:05 p.m. to 12:45 p.m.
 Dr. Hartmut Derendorf - Sworn for plaintiff
 Dr. Sean Nicholson - Sworn for plaintiff
Various exhibits admitted and entered into evidence.
Trial without jury adjourned until Tuesday, May 20, 2014 at 9:15 a.m.
**TIME COMMENCED:** 9:15 a.m.
**TIME ADJOURNED:** 3:00 p.m.
**TOTAL HOURS:** 5 hours & 45 minutes

          S/Dana Sledge, Courtroom Deputy