UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON
JUDGE JOEL A. PISANO
COURT REPORTER: JOANNE CARUSO

DATE OF PROCEEDINGS: 05/20/2014
CIVIL DOCKET NO.: 12-1358(JAP)

**TITLE OF CASE:**
Depomed, Inc.
VS.
Actavis Elizabeth, LLC, et al.,

**APPEARANCES:**
Leda Wettre, William Gaede, David Larson, Shane Smith, Bhanu Sadasivan, & Daniel Green, Esquires for plaintiff
Eric Ang, Graphics Technician
Chad Landmon, Jeremy Lowe, Jason Murata, Magdalena Spencer, William McDermod, Lisa Walsh & Elenore Ofosu-Antwi, Esquires for defendants
Colman Ragan, client (defendants)
Gary Calzaretta, Trial Presentation Consultant

**NATURE OF PROCEEDINGS:**
Trial without jury continued before the Honorable Joel A. Pisano.
Videotaped deposition of sequential excerpts of Andrew Johnson's testimony by plaintiff.
    Dr. Ryan Sullivan - Sworn for defendants
    William Gaede - Summed for plaintiff
    Chad Landmon - Summed for defendants
Various exhibits admitted and entered into evidence.
Ordered Findings of Fact & Conclusions of Law to be submitted not later than 6/13/2014.
Ordered trial exhibits returned to counsel.
Ordered parties to submit a CD of all admitted exhibits not later than 6/3/2014.
Trial without jury concluded.
TIME COMMENCED: 9:15 a.m.
TIME ADJOURNED: 1:00 p.m.
TOTAL HOURS: 3 hours & 45 minutes

                                                          S/Dana Sledge, Courtroom Deputy