## ROBINSON, WETTRE & MILLER LLC

ATTORNEYS AT LAW
ONE NEWARK CENTER, 19TH FLOOR
NEWARK, NEW JERSEY 07102

(973) 690-5400
FAX (973) 466-2760
www.rwmlegal.com

July 25, 2014

VIA CM/ECF
Hon. Joel A. Pisano, U.S.D.J.
United States District Court
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street, Rm. 2020
Trenton, New Jersey 08608

Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street, Room 6052
Trenton, New Jersey 08608

   Re: *Depomed, Inc. v. Actavis Elizabeth LLC, et al.*
      Civil Action No. 12-CV-1358 (JAP) (TJB)

Dear Judges Pisano and Bongiovanni:

  This Firm, along with McDermott Will & Emery LLP, represents plaintiff Depomed, Inc. ("Depomed") in the above matter. Please be advised that Depomed inadvertently omitted pages 222-265 from the publicly redacted version of its Proposed Findings of Fact and Conclusions of Law, which was filed on June 13, 2014 (D.I. 364). A corrected redacted version of Part II of Depomed's Proposed Findings of Fact and Conclusions of Law has now been filed on the docket.

  We thank Your Honors for their kind consideration.

                Respectfully,

                *Leda Dunn Wettre*/MJG
                Leda Dunn Wettre

cc: All Counsel of Record (Via CM/ECF)