UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
:
DEPOMED, INC,                       :
                                    :
       Plaintiff(s),           :        Civil Action No. 12-1358 (JAP)
                                    :
v.                                  :        **JUDGMENT**
                                    :
                                    :
ACTAVIS ELIZABETH LLC, et al.       :
                                    :
       Defendant(s).           :
_____ :

      This matter having been tried before this Court from May 12, 2014 to May 20, 2014 and the Court having heard testimony on behalf of plaintiff Depomed, Inc. ("Depomed") and defendants, Actavis Elizabeth LLC and Acatvis Inc. (together, "Actavis") and the Court having considered the written post-trial submissions of the parties;

      IT IS on this 18th day of August 2014

      ORDERED and ADJUDGED that for the reasons set forth in the Court's Opinion dated August 18, 2014, judgment shall be entered in favor of plaintiff Depomed and against Actavis on all claims and counterclaims pending in this litigation; and it is further,

      ORDERED and ADJUDGED that the effective date of any Food and Drug Administration approval with respect to Actavis's ANDA that is the subject of this lawsuit (No. 203611) shall be no earlier than the last expiration date of the '280, '962, '927, '989, '756, '332 and '992 Patents[1]; and it is further

---

[1] Presently, the '927 patent has the latest expiration date -- February 26, 2024.

ORDERED and ADJUDGED that Actavis is hereby enjoined from engaging in the commercial manufacture, use, offer for sale or sale within the United States, or importation into the United States, of its ANDA products until after expiration of the '280, '962, '927, '989, '756, '332 and '992 Patents; and it is further

ORDERED that given the likelihood that confidential information may have been disclosed in the Court's Opinion, the Clerk is directed to file the Opinion under a temporary seal pursuant to Local Civil Rule 5.3(c)(6). To the extent any party believes that portions of the Opinion should be permanently sealed, that party shall file a formal motion to seal no later than September 8, 2014.  If no motion to seal is timely filed, the Court shall immediately unseal its Opinion.

   /s/ JOEL A. PISANO
United States District Judge