**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| DEPOMED, INC., | : |
| Plaintiff, | : |
|  | : |
| v. | : C.A. No. 3:12-cv-01358-JAP-TJB |
|  | : |
| ACTAVIS ELIZABETH LLC, et al., | : |
| Defendants. | : |
|  | : |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Defendants Actavis Elizabeth LLC and Actavis LLC (collectively "Actavis") hereby appeal to the United States Court of Appeals for the Federal Circuit from the Order and Judgment (D.I. 376) entered in this action on August 18, 2014, and from any and all other decisions, orders, rulings, findings and/or conclusions decided adversely to Actavis in whole or in part, including but not limited to the August 18, 2014 Opinion (D.I. 375), and the January 28, 2014 Opinion (D.I. 251) and Order (D.I. 252) relating to claim construction.

Payment of the filing fee ($5) and the docketing fee ($500) as required by 28 U.S.C. § 1917 and Federal Circuit Rule 52(a)(3)(A), and Rule 3(e) of the Federal Rules of Appellate Procedure, has been made.

Dated: September 15, 2014

By: /s/ Diane C. Ragosa
Diane C. Ragosa
Magdalena H. Spencer
**Axinn, Veltrop & Harkrider LLP**
114 West 47th Street
New York, NY 10036
Telephone: (212) 728-2200

Chad A. Landmon
Jeremy C. Lowe
Jason T. Murata
**Axinn, Veltrop & Harkrider LLP**
90 State House Square
Hartford, CT  06103-3702
Telephone:  (860) 275-8100

Zaiba M. Baig
**Axinn, Veltrop & Harkrider LLP**
950 F Street, N.W.
Washington, DC 20004
Telephone: (202) 912-4700

*Attorneys for Defendants*
*Actavis Elizabeth LLC and Actavis LLC*